FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
DEC 10 2019
BROOKLYN OFFICE

RD 12|10|19
JT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GIOVAM BATTISTA NOTARO,

        Plaintiff,

    v.

SCOTTSDALE INSURANCE COMPANY,

        Defendant.
-------------------------------------------------------------------x

**ORDER**
14-CV-6248 (WFK) (SMG)

**WILLAM F. KUNTZ, II, United States District Judge:**

After careful review of the motion papers submitted by both parties in the above-captioned action (*see* ECF Nos. 70-76), the Court finds there are genuine issues of material fact precluding summary judgment. Accordingly, the Court hereby DENIES Defendant's motion for summary judgment in its entirety. The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 70, 72, 73, and 74.

                **SO ORDERED.**

                s/WFK
                HON. WILLIAM F. KUNTZ, II
                UNITED STATES DISTRICT JUDGE

Dated: December 5, 2019
       Brooklyn, New York